**Order entered December 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00583-CV

### J. WAYNE JOHNSON, GOD'S TABERNACLE OF DELIVERANCE, ET AL., Appellants

### V.

### HERRING BANK, ET AL., Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-15858**

## ORDER

Before the Court is appellant J. Wayne Johnson's December 10, 2014 opposed motion to file an amended brief. Johnson filed his appellate brief on December 1, 2014. Johnson's December 1, 2014 brief does not meet the general requirements of rule 38. Specifically, the brief is deficient as follows:

- o It does not contain a complete list of all parties to the trial court's judgment or order appealed from, with the names and addresses of all trial and appellate counsel. TEX. R. APP. P. 38.1(a).
- o It does not contain a table of contents with references to the pages of the brief. TEX. R. APP. P. 38.1(b).
- o The table of contents does not indicate the subject matter of each issue or point, or group of issues or points. TEX. R. APP. P. 38.1(b).
- o It does not contain an index of authorities arranged alphabetically and indicating the pages of the brief where the authorities are cited. TEX. R. APP. P. 38.1(c).

- It does not contain a concise statement of the case, the course of proceedings, and the trial court's disposition of the case supported by record references. TEX. R. APP. P. 38.1(d).
- It does not contain a concise statement of the facts supported by record references. TEX. R. APP. P. 38.1(g).
- It does not contain a succinct, clear, and accurate statement of the arguments made in the body of the brief. TEX. R. APP. P. 38.1(h).
- The argument does not contain appropriate citations to authorities. TEX. R. APP. P. 38.1(i).
- The argument does not contain appropriate citations to the record. TEX. R. APP. P. 38.1(i).
- One or more of the following is omitted from the appendix. TEX. R. APP. P. 38.1(k).
  - The trial court's judgment or other appealable order. TEX. R. APP. P. 38.1(k)(1)(A).
  - The jury charge and verdict, if any, or the trial court's findings of fact and conclusions of law, if any. TEX. R. APP. P. 38.1(k)(1)(B).
- The text of any rule, regulation, ordinance, statute, constitutional provision, or other law (excluding case law) on which the argument is based. TEX. R. APP. P. 38.1(k)(1)(C).
- The text of any contract or other document that is central to the argument. TEX. R. APP. P. 38.1(k)(1)(C).

Failure to file an amended brief that complies with the Texas Rules of Appellate Procedure within ten days of the date of this Order may result in dismissal of this appeal without further notice from the Court. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

We **GRANT** Johnson's motion and **ORDER** Johnson to file his amended brief that complies with the Texas Rules of Appellate Procedure within **TEN DAYS** of the date of this Order. If Johnson files his amended brief within ten days of the date of this Order, Herring Bank shall have **THIRTY DAYS** after the date Johnson files his brief to also file an amended brief.

/s/    CRAIG STODDART
       JUSTICE